JOSEPH DASARO et al., Respondents, v. NEW CASSEL IRON WORKS, INC., et al., Appellants.— Motion by appellants for a stay pending determination of the appeal, granted on condition that appellants perfect the appeal, and be ready to argue or submit it at the November Term, beginning October 31, 1960. The appeal is ordered on the calendar for said term. The record and appel-

lants' brief must be served and filed on or before October 26, 1960. Respondents' cross motion to dismiss the appeal, denied. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.